IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
(EASTERN DIVISION)

| | | |
|---|---|---|
| **GENERAL ELECTRIC CAPITAL CORPORATION** | ) ) | CASE NO. 1:04CV1236 |
| | ) | JUDGE GAUGHAN |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| | ) | ~~**PROPOSED**~~ **PARTIAL** |
| **MAHNEN MACHINERY, INC., et al.,** | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendants. | ) ) | |

This matter came on before the Court on plaintiff's motion to enter the default of defendants Mahnen Machinery Inc. and Lawrence C. Mahnen ("Defendants") and for judgment, and it appears to the Court that Defendants have been duly served with summons and complaint in this action, as required and directed by law, more than 20 days prior to the date of this order.

Defendants have not appeared in this action, and no answer, motion or other pleading has been served or filed in this action by Defendants. The time to appear, answer, move or serve or file any other pleadings has fully expired, and Defendants are therefore in default.

IT IS ORDERED that the default of Defendants be, and the same hereby is, entered by the Court. The Court finds that allegations contained in plaintiff's complaint are true.

IT FURTHER APPEARS to the Court, and the Court finds, that there is due and owing from Defendants to plaintiff the sum of $2,500,000.00, as alleged in the complaint.

2

IT IS ORDERED AND ADJUDGED that plaintiff General Electric Capital Corporation have and recover from defendants Mahnen Machinery, Inc. and Lawrence C. Mahnen, jointly and severally, the sum of $2,500,000.00, and costs to be taxed hereafter, with no interest from the date of this judgment.

/s/ Patricia A. Gaughan
JUDGE

Dated: 7/14/05

G:\twc\pleadings\GE Capital (mahnen) judgment entry 7-2005.doc\07/13/05\skm