FILED
05 AUG 29 PM 2: 03
CLERK… …COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **GENERAL ELECTRIC CAPITAL CORPORATION** ) | CASE NO. 1:04CV1236 |
| ) | |
| Plaintiff, ) | JUDGE GAUGHAN |
| ) | |
| vs. ) | ORDER OF DISMISSAL |
| ) | |
| **MAHNEN MACHINERY, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

Upon agreement of plaintiff and defendant Carolyn Mahnen, it is hereby ordered that the claims asserted by plaintiff against defendant Carolyn Mahnen are dismissed with prejudice. Each party shall bear its own costs, expenses and attorney's fees.

IT IS SO ORDERED.

*/s/ Judge Gaughan*
JUDGE GAUGHAN

IT IS SO AGREED:

*/s/ Thomas W. Connors*
Thomas W. Connors
Counsel for Plaintiff
General Electric Capital Corporation

*/s/ Marcia Hurt* 0010978
Marcia Hurt
Counsel for Defendant
Carolyn Mahnen

G:\tw\pleadings\GE Capital (Mahnen) dismissal-carolyn mahnen.doc\07/08/05\skm